UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETE JOE VILLEGAS, <br> No.20355-179, <br>     Plaintiff, <br> VS. <br><br> PHILLIP GALLOWAY, *et al*, <br><br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-10-2906 |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas, this 4th day of November, 2010.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE